In the Matter of the Application of JOSEPH HENRY, Appellant, against MICHAEL GALASSO and Others, as Commissioners of Water District No. 1 of the Town of Harrison, Westchester County, N. Y., and Another, Respondents.— Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Last Will and Testament of MICHAEL SCOLPINO, Deceased, Late of the Town of Southeast, County of Putnam and State of New York. FRANCES S. ANDRIOLA and Others, Appellants; MARY B. SCOLPINO, Widow, and EDWARD D. STANNARD, Executor, etc., of MICHAEL SCOLPINO, Deceased, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Application of the BAR ASSOCIATION OF NASSAU COUNTY to Discipline an Attorney (ABRAHAM G. TONKONOGY).— Motion for reinstatement granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

JAMES KEON, Respondent, v. SAXTON & COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

HENRY KRECKMAN and ANNA KRECKMAN, His Wife, Respondents, v. H. & S. COHEN BUILDING CORPORATION and Others, Defendants, and WILLIAM OLKIN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

MAMARONECK MOTIVE DISTRIBUTORS, INC., Plaintiff, v. ROBERT L. PICCOLI, Respondent, and MOLLIE WALLER and Others, Appellants.— Motion to resettle order dated March 6, 1931, granted and order resettled by striking therefrom the words " and it is Further Ordered that appellants serve a reply within ten days from service of a copy of the order herein." Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

ANTONIO MARIANELLO, Respondent, v. ABRAHAM FEIR, Appellant.— Motion to resettle order dated February 26, 1931, denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

ELIZABETH J. MIDDLEMISS, Respondent, v. YELLOW TAXI CORPORATION, NEW YORK, Appellant. MARGARET DEGNAN, Respondent, v. YELLOW TAXI CORPORATION, NEW YORK, Appellant. MICHAEL MINGINO, Respondent, v. YELLOW TAXI CORPORATION, NEW YORK, Appellant. JOHN FARRELL, Respondent, v. YELLOW TAXI CORPORATION, NEW YORK, Appellant.— Motion to vacate orders dismissing appeals and to extend time in which to perfect appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

MOUNT VERNON TRUST COMPANY, as Trustee, Respondent, v. 21 FOUNTAIN PLACE CORPORATION, Appellant, and . MARION ESTATES, INC., and Others, Defendants.— Motion for reargument of motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.